**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 6:23-CV-00231** |
| | § | |
| **0.28364161 BITCOIN and 70429.05** | § | |
| **TETHER** | § | |
| **Defendants.** | § | |

# VERIFIED COMPLAINT FOR FORFEITURE

In accordance with Fed. R. Civ. P. Supplemental Rule G(2), the United States of America, Plaintiff, brings this complaint for forfeiture and alleges as follows:

## NATURE OF ACTION

1. This matter is an *in-rem* action brought against the following defendant property currently held in Secret Service-controlled Bitcoin wallets[1]:

> 0.28364161 BITCOIN and 70429.05 TETHER seized from Binance, located at 611 Cowper St., Suite 400, Palo Alto, CA 94301 on March 8, 2023, worth $76,710.41 USD at the time of transfer.

[1] This Secret Service wallet is Bitcoin Wallet identified as 3NFFwW7kmRUd9Z26BGaqeYDcAdFaCHh6h9 and 0x903a3939963ca98063DB908681c9d587A00451C3.

## JURISDICTION AND VENUE

2. The Court has subject matter jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345 and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

3. The Court has *in rem* jurisdiction over the defendant property pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in the Eastern District of Texas.

4. Venue is proper pursuant to 28 U.S.C. §1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in the Eastern District of Texas.

## FACTUAL BACKGROUND

5. Victim Michael Zoller, a 69-year-old man living in Troup, Texas, fell prey to a cleverly designed international fraud scheme withdrew cash in the amount of $87,840.85 and transmitted it via Bitcoin ATMs to FNU Sahib, an individual located in India.

**Mr. Zoller Falls Prey**

6. On January 25, 2022, Zoller clicked on an internet advertisement and then saw and heard what he perceived to be a warning message that he had accessed child pornography. Zoller simultaneously saw a display on his

computer with a Microsoft logo and a telephone number. Zoller called the number associated with the message.

7. Zoller spoke to a person who he believed was a computer technician who advised Zoller that Zoller's computer had been illegally accessed. The technician convinced Zoller to download remote access software so that the technician could access Zoller's computer and remedy the situation. The technician further convinced Zoller that his bank account was at risk due to the illegal access and asked Zoller for the name of his bank, which Zoller provided as Austin Bank.

8. The person Zoller believed was a Microsoft technician referred Zoller to a person that Zoller believed was an Austin Bank employee. The Austin Bank employee convinced Zoller that his bank accounts had been compromised and that Zoller needed to transfer all of his funds into cryptocurrency accounts at cryptocurrency ATMs.

9. Zoller reported to law enforcement that he withdrew cash and a cashier's check from accounts at Austin Bank and Southside Bank. Bank records indicate that, beginning on January 25, 2023 and continuing through January 26, 2023, Zoller withdrew $6,500 and $10,000 in cash withdrawals

from his accounts at Austin Bank, a $62,000 cashier's check from Austin Bank and $71,340.85 in a cash withdrawal from his account at Southside Bank.

10. Zoller further reported that he mailed the cashier's check for $62,000 to Jefferson Bentley at, 2386 S. Dairy Ashford Rd, #531, Houston, TX 77077. Zoller transferred his remaining funds via three different Bitcoin ATMs in Tyler, TX including one at a convenience store at the intersection of Paluxy Drive and Shiloh Road, another at a store titled Smoke Center on Troup Highway, and a third inside the Broadway Square Mall. All of Zoller's financial losses occurred between January 25, 2023 and January 26, 2023.

11. Zoller was able to provide receipts to law enforcement for five of the Bitcoin ATM transactions he conducted (see table 1). The total for these transactions is $35,900. Examination of these receipts reveal that Zoller's transfers were made from these ATMs at high exchange rate indicating that the amount deposited into the Bitcoin ATMs was higher than the amount ultimately exchanged into BTC.

| DATE | AMOUNT DEPOSITED INTO BTC ATM | EXCHANGE RATE (PER BTC) |
|---|---|---|
| 1/25/23 | $6500 | $27,598.55 |
| 1/26/23 | $3500 | $27,664.88 |

| | | |
|---|---|---|
| 1/26/23 | $5000 | $27,635.24 |
| 1/26/23 | $14400 | $29,178.08 |
| 1/26/23 | $6500 | $27,734.48 |

12. A U.S. Secret Service (USSS) analyst was able to trace the funds using the receipts provided by Zoller. This tracing revealed that Zoller's funds were ultimately deposited into cryptocurrency wallet address 1Jz5uS5SAqVsuCchp58fmoa5HRALGjQ2e8 (1Jz5 wallet) which analysis revealed to be an account held at cryptocurrency exchange Binance. The analysis revealed that each deposit of Bitcoin into the Binance account first passed through an intermediary wallet address before reaching the 1Jz5 wallet address.

13. Law enforcement obtained records related to the account that received the funds related to the 1Jz5 wallet. These records indicate that the account is owned by FNU Sahib with account number 462431602. Sahib's date of birth is 5/14/2002 and he holds an identification card bearing number 4370 5901 7858 from the Government of India.

14. Binance's records for Sahib's account indicates that six deposits into the account occurred after Zoller began transmitting funds through the Bitcoin ATMs. A USSS analyst has attributed four of those deposits to the

ones recorded on Zoller's Bitcoin ATM receipts. The USSS analyst attributed the remaining two deposits as having originated from Bitcoin ATMs operated by Coinhub. Coinhub's website indicates that the company operates a Bitcoin ATM at a store called Smoke Center at 4101 Troup Highway, Tyler, TX. Zoller reported to law enforcement that he used a Bitcoin ATM at this location.

15. USSS analysis of Sahib's account indicates that the Bitcoin transferred into the account that originated from Zoller's transactions were converted into Tether (USDT) on January 27, 2023 in two transactions that were internal to Binance.[2]

16. USSS analysts also traced the two deposits into the 1Jz5 wallet address that occurred before Zoller's transaction, on 1/20/23 and 1/23/23. The deposit on 1/20/23 was for approximately $12,271.22 in BTC was found to have originated from a three separate Bitcoin ATM deposits.[3] The original deposits totaling approximately 20 BTC were traced through 26 separate intermediary wallet addresses. The portion that was deposited into the target

---

[2] Tether (aka USDT) is a cryptocurrency stablecoin whose value is typically equal to that of the US Dollar.

[3] This amount is based on the published closing value to Bitcoin relative to US Dollars on this date.

account occurred on the same day as the original Bitcoin ATM deposits. The use of Bitcoin ATMs and then intermediary wallet addresses before ultimately depositing the funds into the target account is consistent with the laundering of funds defrauded from Zoller.

17. The deposit on 1/23/23 was made from a Tether (USDT) wallet address, TQH9qaKZz4m8sRToMtKP8jqXenJWnhmSAc (TQH9) for 5983.33434100 USDT. Research by a USSS analyst revealed that a person reported to the FBI's Internet Crime Complaint Center on 1/1/23 that he had been defrauded by someone using the TQH9 wallet address. Additionally, Binance records obtained by the USSS analyst indicate that Binance identified the TQH9 wallet address as having engaged in unusual rapid movement of funds and potential layering with an account at the company.

18. A USSS investigator contacted Austin Bank fraud investigator John Rowe. Rowe confirmed that no persons representing Austin Bank instructed Zoller to withdraw funds from his bank account and deposit the funds into cryptocurrency ATMs.

19. On January 27, 2023, a USSS agent requested that Binance place a freeze on Sahib's account. On February 2, 2023, a USSS Task Force Officer

employed as a detective for the Smith County Sheriff's Office received a seizure warrant in the 475th Judicial District Court of Smith County, Texas.

20. Approximately two months later, on March 6, March 7, and March 8, 2023, Binance transferred 0.28364161 Bitcoin and 70429.54 Tether to the above-identified Secret Service cryptocurrency wallet addresses.

## BASIS FOR FORFEITURE

21. The defendant real property, 0.28364161 Bitcoin and 70429.05 Tether, is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(D) because it constitutes property involved in transactions or attempted transactions in violation of 18 U.S.C. § 1957 and/or is property traceable to violations of 18 U.S.C. § 1343.

## POTENTIAL CLAIMANTS

22. The potential claimants to the defendant property are:

Michael Zoller
20438 S.H. 110N
Troup, Texas 75789

FNU Sahib
sahibkandhal80@gmail.com

## CLAIM FOR RELIEF

23. The United States respectfully requests that the Court forfeit the defendant real property to the United States, award costs and disbursements in this action to the United States and order any other relief that the Court deems appropriate.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney
Texas State Bar No. 24033327
110 N. College, Suite 700
Tyler, Texas 75702
Tel: (903) 590-1400
Fax: (903) 590-1437
Email: robert.wells3@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

**VERIFICATION PURSUANT TO 28 U.S.C. § 1746**

I, William R. Mack, hereby state that:

1. I am a Resident Agent in Charge with the United States Secret Service.

2. I have read this Complaint, and the information contained herein is true and correct to the best of my knowledge.

3. The information contained in this Complaint comes from the official files and records of the United States, statements from other law enforcement officers, and my investigation of the case.

I state and verify under penalty of perjury that the foregoing is true and correct.

WILLIAM R MACK

Digitally signed by WILLIAM R MACK
Date: 2023.04.28 13:37:53 -05'00'

William R. Mack
Resident Agent in Charge
United States Secret Service

Dated: 4/28/2023